NUMBER
13-09-00304-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


 



 

LAS BRISAS COUNCIL OF
CO-OWNERS, INC.; 

RICHARD REINHART;
LEANNA BOUNDS; 

GAYLE WARREN, AS
PERSONAL REPRESENTATIVE 

OF THE ESTATE OF
BRACK WARREN, DECEASED; 

JOHN CURTIS; NORMAN
GLASSON; TED NANCE; 

MERLE SCHILLO; JEWEL
WOODS; 

AND DEBORAH L. DUGOSH,                                                    Appellants,

 

                                                             v.

 

JOHN H. JANZ, TIM
CLOWER AND WIFE, 

DOTTIE CLOWER, ET AL.,                                                          Appellees.

 



 

                           On
appeal from the 214th District Court 

                                       of
Nueces County, Texas.

 



 

                            MEMORANDUM OPINION

 

      Before Chief
Justice Valdez and Justices Benavides and Vela

Memorandum Opinion
Per Curiam

 








This
case is before the Court on a joint motion to remand for dismissal of the
case.  The parties have reached an agreement with regard to the disposition of
the matters currently on appeal.  Pursuant to agreement, the parties request
this Court remand this case to the trial court for rendition of a judgment in
accordance with the agreement of the parties.  

The
joint motion to remand for dismissal of the case is GRANTED.  Accordingly, we set
aside the trial court=s judgment without regard to the
merits, and REMAND this case to the trial court for rendition of judgment in
accordance with the parties= agreement.  See Tex. R. App. P. 42.1(a)(2)(B).  

 

PER
CURIAM

Delivered and filed the

6th day of May, 2010.